# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Philip A. Goldstein aka Philip Alan Goldstein aka Philip Goldstein** | **BK NO. 15-05272 RNO** |
| **Sharon A. Goldstein aka Sharon Ann Goldstein aka Sharon Goldstein** | **Chapter 13** |
| **Debtor(s)** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                              Respectfully submitted,



/s/ Rebecca Solarz
Rebecca Solarz
28 Jan 2021, 15:05:44, EST

                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                215-627-1322