# THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, WILKES BARRE DIVISION

In Re:     PHILIP A. GOLDSTEIN          Chapter: 13
           SHARON A. GOLDSTEIN          Bankruptcy No: 5:15-05272-HWV

## WITHDRAWAL OF CLAIM

Toyota Lease Trust, by and through its counsel, withdraws its Proof of Claim Number 16 filed on April 21st, 2021, for account number 5947 and in the amount of $20,262.59.

           Respectfully submitted,

           By: /s/ Shraddha Bharatia

           Shraddha Bharatia, Claims Administrator
           Becket & Lee LLP
           POB 3001
           Malvern, PA 19355-0701

           DATE:     4/30/2021