Certificate Number: 15317-PAM-DE-036815559

Bankruptcy Case Number: 15-05272


15317-PAM-DE-036815559

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>September 7, 2022</u>, at <u>8:11</u> o'clock <u>PM PDT</u>, <u>Philip A Goldstein</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>September 7, 2022</u>                    By:    <u>/s/Rose Benito</u>

Name:  <u>Rose Benito</u>

Title:   <u>Counselor</u>