Certificate Number: 15317-PAM-DE-036815560

Bankruptcy Case Number: 15-05272



15317-PAM-DE-036815560

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2022, at 8:11 o'clock PM PDT, Sharon A Goldstein completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   September 7, 2022

By:   /s/Rose Benito

Name:   Rose Benito

Title:   Counselor