United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-05272-MJC |
| Philip A. Goldstein | Chapter 13 |
| Sharon A. Goldstein | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 28, 2022 | Form ID: orfeedue | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5498021 | + Email/Text: mtgbk@shellpointmtg.com | Sep 28 2022 18:36:00 | Ditech, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 30, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert James Millar | on behalf of Creditor PA Dept of Revenue jmillar@pa.gov |
| Alexandra Teresa Garcia | on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Andrew L Spivack | on behalf of Creditor Toyota Lease Trust andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Barbara Ann Fein | on behalf of Creditor Toyota Lease Trust bfein@sanddlawyers.com mhanford@sanddlawyers.com |
| Brian C Nicholas | |

| | |
|---|---|
| | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joseph P Schalk | on behalf of Creditor Toyota Lease Trust joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Mario John Hanyon | on behalf of Creditor Ditech Financial LLC pamb@fedphe.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Toyota Lease Trust pamb@fedphe.com mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor Ditech Financial LLC tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor Toyota Lease Trust tomysong0@gmail.com |
| Tullio DeLuca | on behalf of Debtor 1 Philip A. Goldstein tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 2 Sharon A. Goldstein tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Valerie Michelle Johnson | on behalf of Creditor PNC Bank N.A. V.johnson@pnc.com |

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Philip A. Goldstein
aka Philip Alan Goldstein, aka Philip Goldstein

Sharon A. Goldstein
aka Sharon Ann Goldstein, aka Sharon Goldstein

**Debtor(s)**

Chapter 13

Case number 5:15−bk−05272−MJC

Document Number: 140

### Order Filing Fee Due

A transfer of claim was filed on **September 28, 2022**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$26.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **October 5, 2022**.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 28, 2022

orfeedue(05/18)