United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-05272-MJC |
| Philip A. Goldstein | Chapter 13 |
| Sharon A. Goldstein | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Sep 28, 2022      Form ID: trc      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 4781625 | Ditech Financial LLC, f/k/a Green Tree Servicing LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert James Millar | on behalf of Creditor PA Dept of Revenue jmillar@pa.gov |
| Alexandra Teresa Garcia | on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Andrew L Spivack | on behalf of Creditor Toyota Lease Trust andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Barbara Ann Fein | on behalf of Creditor Toyota Lease Trust bfein@sanddlawyers.com mhanford@sanddlawyers.com |
| Brian C Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joseph P Schalk | on behalf of Creditor Toyota Lease Trust joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |

| | |
|---|---|
| Mario John Hanyon | on behalf of Creditor Ditech Financial LLC pamb@fedphe.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Toyota Lease Trust pamb@fedphe.com mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor Ditech Financial LLC tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor Toyota Lease Trust tomysong0@gmail.com |
| Tullio DeLuca | on behalf of Debtor 1 Philip A. Goldstein tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 2 Sharon A. Goldstein tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Valerie Michelle Johnson | on behalf of Creditor PNC Bank N.A. V.johnson@pnc.com |

TOTAL: 15

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:15-bk-05272-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Philip A. Goldstein
626 Carnation Dr.
Clarks Summit PA 18411

Sharon A. Goldstein
626 Carnation Dr.
Clarks Summit PA 18411

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/28/2022.

Name and Address of Alleged Transferor(s):

Claim No. 15: Ditech Financial LLC, f/k/a Green Tree Servicing LLC, P.O. Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

Ditech
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675
Ditech
c/o Shellpoint Mortgage Servicing

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/30/22

Terrence S. Miller
**CLERK OF THE COURT**