In re:                                                 Case No. 15-05272-MJC

Philip A. Goldstein                     Chapter 13

Sharon A. Goldstein

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                     User: AutoDocke                     Page 1 of 5

Date Rcvd: Nov 07, 2022             Form ID: 3180W                     Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Philip A. Goldstein, Sharon A. Goldstein, 626 Carnation Dr., Clarks Summit, PA 18411-2112 |
| cr | | Ditech, PO Box 9001719, Louisville, KY 40290-1719 |
| cr | + | Ditech Financial LLC, 14841 Dallas Parkway, Suit 300, Dallas, TX 75254-7883 |
| cr | + | Ditech Financial LLC, 14841 Dallas Parkway Suite 300, Dallas, Tx 75254-7883 |
| 4730597 | + | 1st Financial Investments, 116 North State St.,, Clarks Summit, PA 18411-1056 |
| 4732664 | | 1st Financial Investments, Inc., 116 North State Street, 1st Floor, Clark's Summit, PA 18411-1056 |
| 4730609 | | Ditech, P.O. Box 6172, Rapid City, south Dakota 57709-6172 |
| 4781625 | | Ditech Financial LLC, f/k/a Green Tree Servicing LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 4744018 | + | Ditech Financial LLC, 3000 Bayport Drive Suite 880, Tampa, FL 33607-8409 |
| 4730610 | + | First Financial Investments, 116 North State St.,, Clarks Summit, PA 18411-1056 |
| 4730611 | + | First Finanacial Investments, 3091 Governors Lake Dr., Suite 500, Peachtree Corners, GA 30071-1135 |
| 4730614 | + | LORD & TAYLOR, 250 Vesey St FL 21, New York, NY 10281-2771 |
| 4730624 | + | Stellar Recovery, Inc., 1845 Highway 93 South, Suite 310, Kalispell, Montana 59901-5710 |
| 4831293 | | US Department of Education NelNet, PO Box 82565, Lincoln, NE 68501-2565 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: electronicbkydocs@nelnet.net | Nov 07 2022 18:37:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 4730598 | + | Email/PDF: bncnotices@becket-lee.com | Nov 07 2022 18:38:05 | American Express, Customer Service, P.O. Box 981535, El Paso, Texas 79998-1535 |
| 4730600 | + | EDI: TSYS2 | Nov 07 2022 23:38:00 | Barclays, P.O. Box 8802, Wilmington, Delaware 19899-8802 |
| 4730599 | + | EDI: TSYS2 | Nov 07 2022 23:38:00 | Barclays, Card Services, P.O. Box 8802, Wilmington, Delaware 19899-8802 |
| 4730601 | + | EDI: CITICORP.COM | Nov 07 2022 23:38:00 | Best Buy Credit Services, P.O. Box 790441, St. Louis, Missouri 63179-0441 |
| 4730603 | + | Email/Text: clarkssummitmanager@gmail.com | Nov 07 2022 18:37:00 | Borough of Clarks Summit, 304 S. State Street, Clarks Summit, Pennsylvania 18411-1543 |
| 4745087 | ^ | MEBN | Nov 07 2022 18:33:02 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4730604 | + | EDI: CAPITALONE.COM | Nov 07 2022 23:38:00 | Capital One, P.O 30285, Salt Lake City, Utah |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 84130-0285 |
| 4730605 | + | EDI: CAPITALONE.COM | Nov 07 2022 23:38:00 | Capital One, P.O. Box 30285, Salt Lake City, Utah 84130-0285 |
| 4746361 | | EDI: CAPITALONE.COM | Nov 07 2022 23:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4730607 | + | EDI: CITICORP.COM | Nov 07 2022 23:38:00 | Citibank South Dakota, Box 6500, Sioux Falls, South Dakota 57117-6500 |
| 4730608 | | EDI: WFNNB.COM | Nov 07 2022 23:38:00 | Comenity Bank/Talbots, Bankruptcy Department, P.O. Box 182125, Columbus, Ohio 43218-2125 |
| 4730602 | + | EDI: CITICORP.COM | Nov 07 2022 23:38:00 | Bloomingdale's, P.O. Box 8066, Mason, Ohio 45040 |
| 4730615 | + | EDI: CITICORP.COM | Nov 07 2022 23:38:00 | Macy's, Bankruptcy Processing, P.O. Box 8053, Mason, Ohio 45040 |
| 5498022 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 07 2022 18:37:00 | Ditech, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, Ditech, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 5498021 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 07 2022 18:37:00 | Ditech, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5003808 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 07 2022 18:37:00 | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5003809 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 07 2022 18:37:00 | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408, Educational Credit Management Corporatio, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 4730612 | + | EDI: CITICORP.COM | Nov 07 2022 23:38:00 | Home Depot Credit Services, P.O. Box 790328, St. Louis, Missouri 63179-0328 |
| 4730613 | | EDI: IRS.COM | Nov 07 2022 23:38:00 | Internal Revenue Service, Special Procedures Branch, P.O. Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 4730617 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 07 2022 18:37:00 | MIDLAND CREDIT MANAGEMENT, P.O. Box 939069, SAN DIEGO, CA 92193-9069 |
| 4753327 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 07 2022 18:37:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4730618 | + | Email/Text: bankruptcy@ncaks.com | Nov 07 2022 18:37:00 | NCA, P.O. Box 550, 327 W. Fourth St., Hutchinson, Kansas 67501-4842 |
| 4730619 | + | Email/Text: bnc@nordstrom.com | Nov 07 2022 18:37:05 | Nordstrom, P.O. Box 6555, Englewood, Colorado 80155-6555 |
| 4777400 | + | EDI: JEFFERSONCAP.COM | Nov 07 2022 23:38:00 | Nordstrom Fsb, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4730620 | | EDI: PENNDEPTREV | Nov 07 2022 23:38:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, Pennsylvania 17128-0496 |
| 4730620 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 07 2022 18:37:00 | PA Dept. of Revenue, Bankruptcy Division, Dept. 280946, Harrisburg, Pennsylvania 17128-0496 |
| 4884418 | + | Email/Text: bncnotifications@pheaa.org | Nov 07 2022 18:37:00 | PHEAA, PO BOX 8147, HARRISBURG, PA 17105-8147 |
| 4777611 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 07 2022 18:37:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 4730621 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 07 2022 18:37:00 | PNC Bank, Consumer Loan Center, Mailstop P5-PCLC-02-R, 2730 Liberty Avenue, Pittsburgh, Pennsylvania 15222 |
| 4736426 | | EDI: PRA.COM | Nov 07 2022 23:38:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4730622 | | EDI: PRA.COM | Nov 07 2022 23:38:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, Virginia 23502 |
| 4778789 | | EDI: PRA.COM | Nov 07 2022 23:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4735595 | | EDI: PENNDEPTREV | Nov 07 2022 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 4735595 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 07 2022 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 4745084 | | EDI: Q3G.COM | Nov 07 2022 23:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4730623 | + | EDI: CITICORP.COM | Nov 07 2022 23:38:00 | Sears, PO Box 6275, Sioux Falls, SD 57117-6275 |
| 4778919 | | EDI: RMSC.COM | Nov 07 2022 23:38:00 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 4730625 | | EDI: RMSC.COM | Nov 07 2022 23:38:00 | Synchrony Bank/Dick's Sporting Goods, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, Florida 32896-5060 |
| 4730626 | | EDI: RMSC.COM | Nov 07 2022 23:38:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, Florida 32896-5060 |
| 4730627 | | EDI: RMSC.COM | Nov 07 2022 23:38:00 | Synchrony Bank/JC Penney, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, Florida 32896-5060 |
| 4730628 | | EDI: RMSC.COM | Nov 07 2022 23:38:00 | Synchrony Bank/Sam's Club, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, Florida 32896-5060 |
| 4730629 | | EDI: RMSC.COM | Nov 07 2022 23:38:00 | Synchrony Bank/Wal-Mart, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, Florida 32896-5060 |
| 4790964 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 07 2022 18:37:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 5404798 | | Email/PDF: bncnotices@becket-lee.com | Nov 07 2022 18:37:58 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4854478 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 07 2022 18:37:00 | U.S. Department of Education c/o Nelnet, US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 4730630 | + | EDI: USAA.COM | Nov 07 2022 23:38:00 | USAA Federal Savings Bank, 10750 Mcdermott Fwy., San Antonio, Texas 78288-1600 |
| 5033998 | | Email/PDF: bncnotices@becket-lee.com | Nov 07 2022 18:37:58 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |
| 5033999 | | Email/PDF: bncnotices@becket-lee.com | Nov 07 2022 18:37:58 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262, eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |

| | | |
|---|---|---|
| cr | * | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | * | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
| 4730606 | *+ | Capital One, P.O 30285, Salt Lake City, Utah 84130-0285 |
| 4730616 | ## | Metris Bank, Atlantic Credit & Finance, P.O. Box 13386, Roanoke, VA 24033-3386 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert James Millar | on behalf of Creditor PA Dept of Revenue jmillar@pa.gov |
| Alexandra Teresa Garcia | on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Andrew L Spivack | on behalf of Creditor Toyota Lease Trust andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Barbara Ann Fein | on behalf of Creditor Toyota Lease Trust bfein@sanddlawyers.com mhanford@sanddlawyers.com |
| Brian C Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joseph P Schalk | on behalf of Creditor Toyota Lease Trust joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Mario John Hanyon | on behalf of Creditor Ditech Financial LLC pamb@fedphe.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Toyota Lease Trust pamb@fedphe.com mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor Ditech Financial LLC tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor Toyota Lease Trust tomysong0@gmail.com |
| Tullio DeLuca | on behalf of Debtor 1 Philip A. Goldstein tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 2 Sharon A. Goldstein tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Valerie Michelle Johnson | on behalf of Creditor PNC Bank N.A. V.johnson@pnc.com |

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Philip A. Goldstein<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8489<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | Sharon A. Goldstein<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0209<br>EIN   __-_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:15–bk–05272–MJC | | |

## Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Philip A. Goldstein  
aka Philip Alan Goldstein, aka Philip Goldstein

Sharon A. Goldstein  
aka Sharon Ann Goldstein, aka Sharon Goldstein

11/7/22

**By the court:**

_[signature]_

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W        **Chapter 13 Discharge**        page 2