U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Philip A. Goldstein, Case Number: 15-05272, MJC, Ref: [p-185838431]

From: usbankruptcycourts@noticingcenter.com
To: tullio.deluca@verizon.net
Date: Tuesday, November 8, 2022 at 01:00 PM EST

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

November 9, 2022

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Philip A. Goldstein, Case Number 15-05272, MJC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701**

---

Undeliverable Address:
Metris Bank
Atlantic Credit & Finance
P.O. Box 13386
Roanoke, VA 24033-3386

Role type/cr id: 4730616
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

---

Atlantic Credit & Finance, Inc. 111 Franklin Road SE Suite 400, Roanoke, VA 24011

_____     _____
Signature of Debtor or Debtor's Attorney                                Date   11/8/22

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification.
Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

📄 B_P515052723180W0768.PDF
14.8kB