United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-05272-MJC |
| Philip A. Goldstein | Chapter 13 |
| Sharon A. Goldstein | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Dec 13, 2022      Form ID: fnldec      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Philip A. Goldstein, Sharon A. Goldstein, 626 Carnation Dr., Clarks Summit, PA 18411-2112

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:

**Name**      **Email Address**

Albert James Millar
     on behalf of Creditor PA Dept of Revenue jmillar@pa.gov

Alexandra Teresa Garcia
     on behalf of Creditor Ditech Financial LLC f/k/a Green Tree Servicing LLC ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com

Andrew L Spivack
     on behalf of Creditor Toyota Lease Trust andrew.spivack@brockandscott.com wbecf@brockandscott.com

Barbara Ann Fein
     on behalf of Creditor Toyota Lease Trust bfein@sanddlawyers.com mhanford@sanddlawyers.com

Brian C Nicholas
     on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

Jack N Zaharopoulos (Trustee)

TWecf@pamd13trustee.com

Joseph P Schalk

    on behalf of Creditor Toyota Lease Trust joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov

Mario John Hanyon

    on behalf of Creditor Ditech Financial LLC pamb@fedphe.com mario.hanyon@brockandscott.com

Mario John Hanyon

    on behalf of Creditor Toyota Lease Trust pamb@fedphe.com mario.hanyon@brockandscott.com

Thomas Song

    on behalf of Creditor Toyota Lease Trust tomysong0@gmail.com

Thomas Song

    on behalf of Creditor Ditech Financial LLC tomysong0@gmail.com

Tullio DeLuca

    on behalf of Debtor 1 Philip A. Goldstein tullio.deluca@verizon.net

Tullio DeLuca

    on behalf of Debtor 2 Sharon A. Goldstein tullio.deluca@verizon.net

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov

Valerie Michelle Johnson

    on behalf of Creditor PNC Bank N.A. V.johnson@pnc.com

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Philip A. Goldstein,<br>aka Philip Alan Goldstein, aka Philip Goldstein, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:15−bk−05272−MJC |
| Sharon A. Goldstein,<br>aka Sharon Ann Goldstein, aka Sharon Goldstein, | | |
| **Debtor 2** | | |

Social Security No.:
        xxx−xx−8489        xxx−xx−0209

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: December 13, 2022

**fnldec** (01/22)